UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60869-CIV-SINGHAL

DOMINICK SERGE,

     Plaintiff,

v.

PHILLY AUTO, INC.,

     Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement (DE [12]) filed by the parties. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal by **August 29, 2025**.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement. The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.  All deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of July 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF