UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60869-CIV-SINGHAL

DOMINICK SERGE,

    Plaintiff,

v.

PHILLY AUTO, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Stipulation of Dismissal with Prejudice filed by the parties. (DE [14]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE,** with each party bearing its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of August 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF